IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES T. JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:11-cv-324-TMH |
| | ) WO |
| KATHY HOLT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objections (Doc. #5) to the Recommendation of the Magistrate Judge filed on May 12, 2011 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on May 3, 2011 is adopted;

3. That this case is DISMISSED without prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this the 6th day of June, 2011.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE